UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

CASE NO:  6:14-bk-12789-CCJ

Yuscimid Hernandez,
    Debtor[s].
_____/

# MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION WITH SELENE FINANCE, LP RE: 114 Lemon Court Kissimmee, FL 34743 and Loan # XXXX5317

The Debtor[s] request entry of an order referring the debtors and Selene Finance, LP to mortgage modification mediation, and in support state:

1. The Debtor[s] filed this Chapter 13 case in an attempt to retain their primary residence.

2. The Debtor[s] would like to modify the terms of the mortgage encumbering their primary residence.  The debtors[s] income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation pursuant to Local rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

4. Both Debtor and Lender each shall pay $250.00 directly to the Mediator within seven days of the designation of the Mediator.

**WHEREFORE**, the Debtor[s], Yuscimid Hernandez, by and through their undersigned counsel, prays that this Honorable Court enter an Order referring this case to mediation and for such other relief as the Court deems just and proper.

DATED:  February 17, 2015

/s/ James T. Harper, Jr.
James T. Harper, Jr., Bankruptcy Counsel

On behalf of Ricardo Calzada, II, Mediation Counsel

*/s/ Ricardo Calzada, II*
Ricardo Calzada, II
My Law Solution, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion is being served upon the following parties, by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, on February 17, 2015 to:

Debtor[s] Yuscimid Hernandez, 114 Lemon Court, Kissimmee, FL 34743

Selene Finance, LP, Attn: Officer, Manager, Director, or Agent, 9990 Richmond Avenue, Suite 40, Houston, TX 77042

Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790-3450

Respectfully submitted,

/s/ James T. Harper, Jr.
James T. Harper, Jr., Bankruptcy Counsel
On behalf of Ricardo Calzada, II, Mediation Counsel

*/s/ Ricardo Calzada, II*
Ricardo Calzada, II
My Law Solution, P.A.
56 E. Pine Street, Ste. 201
Orlando, FL 32801
Ph: (407) 843-2222
Fax: (407) 648-5050
E-mail: rcalzada@mylawsolution.com
Florida Bar No. 551619