**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          CASE NO. 6:14-bk-12789-CCJ
                                                                CHAPTER 13
Yuscimid Hernandez,

    Debtor(s).
_____/

**PROOF OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Order Directing Mortgage Modification Mediation has been provided to the following parties and persons of interest as listed below on February 18, 2015.

    Selene Finance, LP, Attn: Officer, Manager, Director, or Agent, 9990 Richmond Avenue, Suite 40, Houston, TX 77042

    Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790-3450

    */s/ James T. Harper, Jr.* _____
    James T. Harper, Jr.
    Florida Bar No. 0143103
    Emily A. Ogden
    Florida Bar No. 0088677
    The Advocates Law Team, LLC
    Attorneys for Debtor(s)
    964 Florida Avenue S.
    Rockledge, FL 32955
    Phone: 321-888-2020
    Fax: 321-400-1017
    office@advocateslawteam.com